ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
AKERMAN SENTERFITT
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com

JOHN C. DOTTERRER, ESQ.
Florida Bar No. 267260
STEPHEN J. GIOVINCO, ESQ.
Florida Bar No. 567051
AKERMAN SENTERFITT
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida  33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email: john.dotterrer@akerman.com
Email: stephen.giovinco@akerman.com

*Attorneys for Plaintiff/Counter-Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUTOMOBILI LAMBORGHINI, S.p.A., an Italian Company,<br><br>                              Plaintiff,<br><br>vs.<br><br>SANGIOVESE, LLC, a Nevada Limited Liability Company, SANGIOVESE BANQUET, LLC, a Nevada Limited Liability Company, and DAL TORO EXOTIC CARS LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>                              Defendants. | Case No.:  2:11-cv-1154-ECR-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT DISCLOSURES AND REBUTTAL DISCLOSURES**<br><br>**(First Request)** |
| SANGIOVESE, LLC, a Nevada Limited Liability Company, SANGIOVESE BANQUET, LLC, a Nevada Limited Liability Company, and DAL TORO EXOTIC CARS LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>                              Counter-Claimants, | |

{22821032;1}                                                         1

| | |
|---|---|
| 1 | vs. |
| 2 | AUTOMOBILI LAMBORGHINI, S.p.A., an Italian Company, |
| 3 | |
| 4 | Counter-Defendant. |

5  Plaintiff/Counter-Defendant AUTOMOBILI LAMBORGHINI, S.p.A. ("Plaintiff") and
6  Defendants/Counter-Claimants SANGIOVESE, LLC ("Sangiovese"), SANGIOVESE BANQUET,
7  LLC ("Sangiovese Banquet"), and DAL TORO EXOTIC CARS LAS VEGAS, LLC ("Dal Toro
8  Exotic Cars" and, collectively "Defendants"), by and through their undersigned attorneys, hereby
9  stipulate and agree to a 30 day extension for expert disclosures so that they are due by January 29,
10  2012.

11  It is further stipulated and agreed upon between the parties, that the time for rebuttal
12  disclosures shall be extended fifteen (15) days so that they are due by February 14, 2012.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///

**AKERMAN SENTERFITT**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{22821032;1}  2

This is the parties' first request for an extension of expert disclosures and rebuttal disclosures, and is not intended to cause any delay or prejudice to any party, but to accommodate Defendants request for an extension of time to respond to Plaintiff's written discovery and for the depositions of Defendants' corporate representatives and Manager and to facilitate settlement negotiations and discussions. A trial date has not yet been set in this case.

DATED this 29th day of December, 2011.   DATED this 29th day of December, 2011.

**AKERMAN SENTERFITT**   **GORDON SILVER**

/s/ Jacob D. Bundick   /s/ Michael V. Cristalli
ARIEL E. STERN, ESQ.   MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 8276   Nevada Bar No. 6266
JACOB D. BUNDICK, ESQ.   3960 Howard Hughes Pkwy
Nevada Bar No. 9772   9th Floor, Suite 100
1160 Town Center Drive, Suite 330   Las Vegas, Nevada 89169
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*   *Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2011

{22821032;1}   3