# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AUTOMOBILI LAMBORGHINI, S.P.A,

    Plaintiff,

v.

SANGIOVESE, LLC, *et al.*,

    Defendants.

Case No. 2:11-CV–1154-KJD-CWH

**ORDER**

    Presently before the Court are Defendant's Motion to Strike (#47) and Plaintiff's Motion to Compel (#50). Both motions involve the issue of damages related to Plaintiff's pending motion to enforce settlement agreement. Final briefing on the motion to enforce is not due until thirty (30) days after receipt of the transcript from the evidentiary hearing concluded on February 21, 2013. The Court has already ruled that it would not consider the issue of damages until it rules on the motion to enforce settlement agreement. Therefore, the present motions are premature. Thus, the Court denies the motions (#47/50) as premature, without prejudice. The Court will refer issues related to discovery on damages to the magistrate judge in the event that it grants the motion to enforce. In the interim, the parties are encouraged to seek independent resolution of this matter.

**IT IS SO ORDERED.**

    DATED this 25th day of March 2013.

                                               Kent J. Dawson
                                               United States District Judge