# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AUTOMOBILE LAMBORGHINI, S.p.A., )
        Plaintiff, )   Case No.  2:11-cv-01154-KJD-CWH
vs. )   **ORDER**
SANGIOVESES, LLC, *et al.*, )
        Defendants. )

    This matter is before the Court on Plaintiff's Motion to Compel (#76), filed September 30, 2013.  On October 8, 2013, Plaintiff filed a notice indicating that the motion to compel has been resolved. (#78).  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#76) is **denied as moot**.  Each party shall bear its own fees and costs related to the motion.

    DATED: October 9, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**