# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Automobili Lamborghini, S.p.A.

Plaintiff,

V.

Sangiovese, LLC, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01154-KJD-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff and against Defendant in the amount of $85,806.53 in attorneys' fees and costs and for an additional $87,000 in damages for contempt.

September 25, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk